UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CORNELL CLEMONS, | ) | No. CV 07-8024 R (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| NORMAN T. KRAMER, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 15, 2008

MANUEL REAL
United States District Judge